UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
April 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| 102 RECTOR LLC | § |
| | § |
| v. | § |
| | §   CIVIL NO. SA:23-CV-1420-OLG |
| DEPOSITORS INSURANCE COMPANY | § |

## ORDER FOR DISMISSAL PAPERS

On April 4, 2024, the Court was advised that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1)   The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **May 5, 2024**. If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2)   All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3)   Any motions pending in this action are **DENIED**, subject to re-urging should settlement fail.

4)   The pretrial conference and trial settings are canceled.

5)   No extensions of the above deadline shall be granted except upon a showing of good cause.

6)   The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

**It is so ORDERED.**

**SIGNED this 5th day of May, 2024.**

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE